No. 75–6039.  MARTINEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–6049.  ARCHER *v.* GOVERNMENT OF THE VIRGIN ISLANDS.  C. A. 3d Cir.  Certiorari denied.

No. 75–6062.  WILLIS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 75–6068.  HOWARD *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–6069.  ORTEGA (BELTRAN) *v.* GOVERNMENT OF THE CANAL ZONE.  C. A. 5th Cir.  Certiorari denied.

No. 75–6070.  JORDEN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 75–6072.  BURROUGHS *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–6175.  LEMON *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 75–6180.  WILSON ET UX. *v.* BOGGS.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 75–6181.  NIELSEN *v.* UTAH.  Sup. Ct. Utah. Certiorari denied.

No. 75–6182.  ST. ANDRE *v.* HENDERSON, WARDEN. C. A. 5th Cir.  Certiorari denied.

No. 75-6257.  BELL *v.* OKLAHOMA ET AL.  C. A. 10th Cir.  Certiorari denied.